| | |
|---|---|
| 1 | |
| 2 | Sara B. Allman, Esq. CSB #107932 |
| | Steven A. Nielsen, Esq. CSB #133864 |
| 3 | ■ALLMAN & NIELSEN, P.C.■ |
| 4 | 100 Larkspur Landing Circle, Suite 212 |
| | Larkspur, CA 94939 |
| 5 | Telephone: 415.461.2700 |
| | Facsimile: 415.461.2726 |
| 6 | E-Mail: all-niel@comcast.net |

Attorney for Defendant
LESLIE C. JACOBSON, TRUSTEE

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual, | Case No.: CV095293CW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER] TO ENLARGE TIME WITHIN WHICH TO RESPOND TO COMPLAINT** |
| v. | [Civil L. R. 6-1] |
| 385 BEL MARIN COMMERCIAL BUILDING a.k.a., LESLIE C. JACOBSON TRUSTEE OF THE LESLIE C. JACOBSON REVOCABLE INTER-VIVOR TRUST AGREEMENT DATED JUNE 18, 1991 | |

---

STIPULATION AND [PROPOSED ORDER] TO ENLARGE TIME
WITHIN WHICH TO RESPOND TO COMPLAINT

-1-

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700 Facsimile: 415.461.2726

1   IT IS HEREBY STIPULATED by and between the parties, through their respective counsel,
2   that the time within which defendant may answer or otherwise respond to the Complaint shall be,
3   and hereby is, extended to and including January 18, 2010.

5   Dated: 1/8/10                          Thomas E. Frankovich A Professional Law Corporation

                                           By: _____
                                           Thomas E. Frankovich, Esq.
                                           Attorneys for Plaintiff

10  Dated: January 8, 2010                 ALLMAN & NIELSEN, P. C.

                                           By: _____
                                           Sara B. Allman, Esq.
                                           Attorneys for Defendant
                                           LESLIE C. JACOBSON, TRUSTEE

STIPULATION TO ENLARGE TIME WITHIN WHICH TO
RESPOND TO COMPLAINT
                                    -2-

# ORDER

PER THE STIPULATION OF COUNSEL, attached, IT IS HEREBY ORDERED THAT:

1. The time within which defendant may answer or otherwise respond to the Complaint shall be and hereby is, extended to and including January 18, 2010.

Dated: 1/14/10

_____
THE HONORABLE CLAUDIA WILKEN

STIPULATION AND [PROPOSED ORDER] TO ENLARGE TIME
WITHIN WHICH TO RESPOND TO COMPLAINT
-3-

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700 Facsimile: 415.461.2726