Sara B. Allman, Esq. CSB #107932
Steven A. Nielsen, Esq. CSB #133864
■ALLMAN & NIELSEN, P.C.■
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone:  415.461.2700
Facsimile:   415.461.2726
E-Mail:       all-niel@comcast.net

Attorney for Defendant
LESLIE C. JACOBSON, TRUSTEE

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>385 BEL MARIN COMMERCIAL BUILDING a.k.a., LESLIE C. JACOBSON TRUSTEE OF THE LESLIE C. JACOBSON REVOCABLE INTER-VIVOR TRUST AGREEMENT DATED JUNE 18, 1991 | Case No.: CV095293CW<br><br>**STIPULATION AND [PROPOSED ORDER] TO ENLARGE TIME WITHIN WHICH TO RESPOND TO COMPLAINT**<br>**[Civil L. R. 6-1]** |

**STIPULATION AND [PROPOSED ORDER] TO ENLARGE TIME WITHIN WHICH TO RESPOND TO COMPLAINT**
-1-

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700 Facsimile: 415.461.2726

1   IT IS HEREBY STIPULATED by and between the parties, through their respective counsel,
2   that the time within which defendant may answer or otherwise respond to the Complaint shall be,
3   and hereby is, extended to and including January 18, 2010.

5   Dated: 1/8/10

Thomas E. Frankovich A Professional Law Corporation

By: _____
Thomas E. Frankovich, Esq.
Attorneys for Plaintiff

10   Dated: January 8, 2010

ALLMAN & NIELSEN, P. C.

By: _____
Sara B. Allman, Esq.
Attorneys for Defendant
LESLIE C. JACOBSON, TRUSTEE

STIPULATION TO ENLARGE TIME WITHIN WHICH TO
RESPOND TO COMPLAINT
-2-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32

# ORDER

PER THE STIPULATION OF COUNSEL, attached, IT IS HEREBY ORDERED THAT:

1. The time within which defendant may answer or otherwise respond to the Complaint shall be and hereby is, extended to and including January 18, 2010.

Dated: ___1/14/10___

*/s/ Claudia Wilken*

THE HONORABLE CLAUDIA WILKEN

STIPULATION AND [PROPOSED ORDER] TO ENLARGE TIME
WITHIN WHICH TO RESPOND TO COMPLAINT
-3-

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700 Facsimile: 415.461.2726