THOMAS E. FRANKOVICH (State Bar #074414)
THOMAS E. FRANKOVICH
A PROFESSIONAL LAW CORPORATION
4328 Redwood Hwy, Suite 300
San Rafael, CA  94903
Telephone:    415/674-8600
Facsimile:    415/674-9900

Attorney For Plaintiff CRAIG YATES, an individual,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>385 BEL MARIN COMMERCIAL BUILDING a.k.a., LESLIE C. JACOBSON, TRUSTEE OF THE LESLIE C. JACOBSON REVOCABLE INTER-VIVOS TRUST AGREEMENT DATED JUNE 18, 1991,<br><br>    Defendants. | CASE NO. CV-09-5293-CW<br><br>STIPULATION OF DISMISSAL AND ORDER THEREON |

The parties, by and through their respective counsel, stipulate to dismissal with prejudice of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(2).  Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees.  The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement.  See Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

1     Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action become and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(2).

    This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: July 19, 2012      THOMAS E. FRANKOVICH
                              A PROFESSIONAL LAW CORPORATION

                              By:    /s/ Thomas E. Frankovich
                                     Thomas E. Frankovich
                              Attorney for CRAIG YATES, an individual

Dated: July 23, 2012      BOWLES & VERNA LLP

                              By: /s/ Jeremy C. Berla
                                      JEREMY C. BERLA
                              Attorney for 385 BEL MARIN COMMERCIAL BUILDING a.k.a., LESLIE C. JACOBSON, TRUSTEE OF THE LESLIE C. JACOBSON REVOCABLE INTER-VIVOS TRUST AGREEMENT DATED JUNE 18, 1991

### ORDER

   IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(2). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary

Dated: October 17, 2012

                              Honorable Judge Claudia Wilken
                              UNITED STATE DISTRICT JUDGE